No. 15–0330/AR. U.S. v. Kenneth A.R. Pinkela. CCA 20120649. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 12, 2015.

No. 15–0331/MC. U.S. v. Timothy S. Zepeda. CCA 201300458. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 12, 2015.

Wednesday, January 28, 2015